LEAH MOSNER (Bar No. 266645)
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3961
Email: lmosner@buckleysandler.com

ROBYN C. QUATTRONE (*pro hac vice* application pending)
JENNIFER A. SLAGLE PECK (*pro hac vice* application pending)
BuckleySandler LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: rquattrone@buckleysandler.com
        jslaglepeck@buckleysandler.com

*Attorneys for Defendant QBE Americas, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Danny LANE and Beverly LANE, individually and for all other persons similarly situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**WELLS FARGO BANK N.A., and QBE AMERICAS, INC.,**<br><br>**Defendants.** | Case No. CV-12-04026-WHA<br><br>DEFENDANT QBE AMERICAS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1.<br><br>Judge: Hon. William Alsup |

Pursuant to Civil L.R. 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. QBE Holdings, Inc. is the immediate corporate parent of QBE Americas, Inc.

2. QBE Insurance Group Limited is the corporate parent of QBE Holdings, Inc.

3. QBE Insurance Group Limited is a Group Holding Company listed on the Australian Securities Exchange.

4. The substantial shareholders of QBE Insurance Group Limited, as of January 31, 2012, are: Aberdeen Asset Management Asia Limited (and its associates), Credit Suisse Holdings (Australia) Limited (on behalf of Credit Suisse AG and its affiliates), and Commonwealth Bank of Australia and its subsidiaries.


Respectfully Submitted,

Dated: November 2, 2012                    BUCKLEYSANDLER LLP

                                           /s/ *Leah Mosner*
                                           Leah Mosner (Bar No. 266645)

## Certificate of Service

I hereby certify that on November 2, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

<u>/s/ Leah R. Mosner</u>
Leah R. Mosner