Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: 408/287-7712
Facsimile: 408/583-4249

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY LANE AND BEVERLY LANE, individually, and for other persons similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A., and QBE AMERICAS, INC.,<br><br>　　　　　Defendants. | Case No. CV-12-04026<br><br>**STIPULATION OF DISMISSAL AS TO QBE AMERICAS, INC.**<br><br>Judge: Hon. William Alsup<br><br>Action Filed: July 31, 2012<br>Trial Date:　　April 21, 2014 |

　　　　WHEREAS Plaintiffs Danny Lane and Beverly Lane filed this action for violation of federal statutes, the California Unfair Competition Law, and the common law of California on July 31, 2012 against Wells Fargo Bank, N.A. and QBE Americas, Inc.;

　　　　WHEREAS Defendant QBE Americas, Inc. claims that it is the corporate parent of a number of insurance companies that took part in providing force-placed insurance for Wells Fargo Bank, N.A. but claims that it did not take part in the malfeasance described in Plaintiffs' Complaint;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and QBE Americas, Inc. through their designated counsel that the above-captioned action should be dismissed without prejudice as to QBE Americas, Inc. pursuant to FRCP 41(a)(1)(A). Plaintiffs and QBE Americas, Inc. further stipulate that they shall each bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED

Dated: December 11, 2012                                    Respectfully Submitted,

 /s/ Robyn C. Quattrone                                      /s/ Sheri Kelly
Robyn C. Quattrone (*pro hac vice*)                          Sheri L. Kelly, SBN 226993
E-mail: rquattrone@buckleysandler.com                        E-mail: slk@sherikellylaw.com
BuckleySandler LLP                                           LAW OFFICE OF SHERI L. KELLY
1250 24th Street, NW, Suite 700                              31 E. Julian St.
Washington, D.C. 20037                                       San Jose, CA 95112
202-349-8000                                                 408-287-7712
202-349-8080 (facsimile)                                     408-583-4249 (facsimile)