United States District Court
For the Northern District of California

1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    Danny LANE and Beverly LANE,                    No. C 12-04026 WHA
     individually and for all other persons
9    similarly situated,

10              Plaintiffs,                           **NOTICE REGARDING
                                                      ORAL ARGUMENT**
11      v.

12   WELLS FARGO BANK N.A. and QBE
     AMERICAS, INC.,
13

14              Defendants.
                                              /
15

16        After reviewing the written submissions, the Court is of the view that oral argument is

17   unnecessary and will proceed to issue an order soon and to vacate the hearing set for January 24.

18   If, however, one counsel advises the Court in writing by **NOON ON JANUARY 18** that most or all

19   of the argument for its side will be conducted by a lawyer of four or fewer years out of law

20   school (*see* Supplemental Order, Dkt. No. 4-1 at ¶ 6), then the hearing will remain in place in

21   order to provide that opportunity.

22

23        **IT IS SO ORDERED.**

24

25   Dated: January 15, 2013.

26                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
27

28