IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY LANE and BEVERLY LANE,
individually and for all other persons
similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,
and QBE AMERICAS, INC.,

    Defendants.
_____/

No. C 12-04026 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

Pursuant to plaintiffs' letter of January 18, 2013, concerning a discovery dispute with defendants, the Court hereby **SETS** a four-hour meet-and-confer in the Court's jury room starting at **10:00 A.M. AND CONTINUING TO 2:30 P.M. (WITH A HALF-HOUR BREAK FOR LUNCH AT NOON) ON THURSDAY, JANUARY 24**. At 2:30 p.m., the Court shall hold a hearing to resolve any remaining issue(s). Please buzz chambers at 10:00 a.m. to be let into the jury room. Defendants' response is due by noon on January 22.

Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE