IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LANE and BEVERLY LANE, individually and for all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. / | No. C 12-04026 WHA<br><br>**ORDER RE DISCOVERY LETTER** |

The Court has received defendant Wells Fargo Bank, N.A.'s letter regarding discovery (Dkt. No. 73) and has reviewed plaintiffs' document request numbers 20, 21, 22, 23, and 25.

Plaintiffs' document request numbers 20, 21, 22, and 25 are grossly overbroad and burdensome and are quashed.

Plaintiffs' document request number 23 borders on being overbroad but the Court will require defendant to produce one exemplar of each marketing and sales document summarizing, describing, or referring to force-placed insurance supplied to borrowers within the period of the statute of limitations.

There is no need for a hearing on this matter.

**IT IS SO ORDERED.**

Dated: February 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE