IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY LANE and BEVERLY LANE, individually, and for other persons similarly situated,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

Defendant.

No. C 12-04026 WHA

**ORDER PERMITTING DEFENDANT'S SUR-REPLY BRIEF**

Plaintiffs did not assert that they had good cause to amend the scheduling order in their initial motion seeking leave to amend. Defendant may file a sur-reply brief to respond to plaintiffs' assertions of good cause raised in their reply brief. Defendant's sur-reply brief shall not exceed five pages and must be submitted by **NOON ON THURSDAY, MARCH 14, 2013**.

**IT IS SO ORDERED.**

Dated: March 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE