**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY LANE and BEVERLY LANE, individually, and for other persons similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-04026 WHA

**ORDER VACATING HEARING**

This order finds that oral argument is not necessary on plaintiffs' pending motion to amend their complaint. The hearing set for March 21, 2013 is hereby **VACATED**. A written order will issue soon.

**IT IS SO ORDERED.**

Dated: March 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE