Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Telephone:  408/287-7712
Facsimile:  408/583-4249

**Counsel for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANNY LANE, BEVERLY LANE, and MERCEDES GUERRERO, individually, and for other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. CV-12-04026 WHA<br><br>**DECLARATION OF SHERI L. KELLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**<br><br>Action Filed: July 31, 2012<br>Trial Date:    April 21, 2014 |

I, Sheri L. Kelly, declare as follows:

1. I am an attorney licensed to practice law before all Federal and State courts in California. I am counsel of record for the Plaintiffs in the above-captioned matter. I have personal knowledge of the facts stated herein. If called to testify, I could and would testify competently to the facts contained in this declaration.

2. On May 17, 2013, I attended the case management conference (CMC) in the case, *McKenzie v. Wells Fargo Bank, et al.*, Case No. 11-cv-04965 before Magistrate Spero.

3. The *McKenzie* CMC lasted for approximately 30 minutes. The principal, overriding topic of discussion, raised at the outset by *McKenzie* Plaintiffs' counsel, was the class certification motion filed in the *Lane v. Wells Fargo* case, and the effect the *Lane* motion for class certification would have on the *McKenzie* case if granted.

4. Among other things, Magistrate Spero informed the *McKenzie* Plaintiffs' counsel that if the *Lane* class certification motion was denied, it was without prejudice for the *McKenzie* Plaintiffs to pursue their own class certification motion.

5. Magistrate Spero set a further case management conference to take place on July 8, 2013 to discuss the outcome of the *Lane* motion for class certification, and its effect, if any, on the *McKenzie* Plaintiffs' motion for class certification.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th day of June, 2013.

*/s/ Sheri L. Kelly*
Sheri L. Kelly