**United States District Court**
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   DANNY LANE, BEVERLY LANE, and               No. C 12-04026 WHA
    MERCEDES GUERRERO, individually
9   and for all other persons similarly situated,
10          Plaintiffs,                          **ORDER REQUESTING
                                                 FURTHER BRIEFING**
11      v.
12  WELLS FARGO BANK N.A.,
13
14          Defendant.
                                            /
15
16          The parties are requested to submit further briefing regarding whether plaintiff Mercedes
17  Guerrero can assert a claim for breach of contract against defendant Wells Fargo Bank, N.A.,
18  where plaintiff alleges that defendant was a mortgage servicer but was not the lender or owner of
19  plaintiff's mortgage. *See, e.g., McKenzie v. Wells Fargo Home Mortgage, Inc.*, C-11-04965
20  JCS, 2012 WL 5372120 (N.D. Cal. Oct. 30, 2012) (Magistrate Judge Joseph Spero); *Cannon v.*
21  *Wells Fargo Bank N.A.*, C-12-1376 EMC, 2013 WL 132450 (N.D. Cal. Jan. 9, 2013) (Judge
22  Edward Chen).  The parties shall submit simultaneous briefs, due by **JUNE 18 AT NOON.**
23
24
25      **IT IS SO ORDERED.**
26
27  Dated: June 14, 2013.
                                            WILLIAM ALSUP
28                                          UNITED STATES DISTRICT JUDGE