IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LANE and BEVERLY LANE, individually, and for other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 12-04026 WHA<br><br>**ORDER RE SECOND DECLARATION OF KAI RICHTER IN SUPPORT OF MOTION TO INTERVENE** |

Counsel for proposed intervenors, Kai Richter, filed a declaration attaching a chart with a comparison of cases filed by proposed intervenors' counsel compared to plaintiffs' counsel (Dkt. No. 134-4). Plaintiffs are requested to comment on the accuracy of the chart and to submit such response by **NOON ON JUNE 19, 2013**.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE