IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LANE, BEVERLY LANE, and MERCEDES GUERRERO, individually, and for other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. C 12-04026 WHA<br><br>**ORDER RE NOTICE OF JOINDER** |

The day after the hearing on the motion for class certification and proposed intervenors' motion to intervene, held on June 20, counsel for intervenors filed a "notice of joinder of motion to intervene." The notice states that individuals Arley and Valerie Leghorn join the motion to intervene in the instant lawsuit. The Leghorns are plaintiffs in an action pending before Magistrate Judge Joseph Spero, *Leghorn v. Wells Fargo Bank, N.A.*, No. 13-708 (N.D. Cal. 2013). They are represented in that action by the same counsel who filed the original motion to intervene. The "notice of joinder" is not timely, as the motion to intervene had already been fully briefed, argued, and submitted. The Leghorns were not part of the original motion and should have been included at that time, if they so desired. Moreover, the Leghorns are not members of the class that was conditionally certified by the order on class certification (Dkt. No. 157). Although they are California residents, their mortgage is not an FHA form, but is instead a Fannie Mae/Freddie Mac form (Dkt. No. 156).

1   To the extent that the notice is meant to be a motion to amend the motion to intervene, it
2 is **DENIED**.

4   **IT IS SO ORDERED.**

6   Dated: June 21, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2