IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES GUERRERO, individually, and for other persons similarly situated, DANNY LANE and BEVERLY LANE,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK N.A.,<br><br>　　　Defendant. | No. C 12-04026 WHA<br><br>**FURTHER ORDER ON APPLICATION FOR APPOINTMENT OF CLASS COUNSEL** |

The Court has received nine proposals to be appointed class counsel and by this filing thanks all applicants. By way of follow-up, the following applicants shall meet with plaintiff Mercedes Guerrero and advise the Court on the extent to which applicants and plaintiff Guerrero can work effectively together as class counsel with the full consent of Guerrero, all on the explicit premise that the Wagoner Law Firm, the Owings Law Firm, and Walker Law will have very little or no class role in this action:

- S. Chandler Visher
- Barry Himmelstein and Sheri Kelly
- Hagens Berman Sobol Shapiro LLP
- Brown George Ross LLP and the Sturdevant Law Firm

In addition, all applicants should address the extent to which a conflict might arise by reason of class counsel being counsel in some other pending action challenging some or all of the practices here challenged.

Attorney Visher should clarify what he means by "lodestar" method and specifically whether he means that he will limit his fee request to hours incurred times billing rate (specify the rate).

The Brown and Sturdevant proposal should state the extent to which they can trim the large number of proposed time keepers to a leaner and more efficient group.

The submissions are due by **NOON ON JULY 31** and may be filed under seal. All other applications are not yet denied and will be held until a final decision.

This order notes that Danny and Beverly Lane are not class representatives and will continue to be represented by Attorney Kelly, Walker Law, and the law firms of Wagoner and Owings.

**IT IS SO ORDERED.**

Dated: July 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE