IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES GUERRERO, individually, and for other persons similarly situated, DANNY LANE and BEVERLY LANE,

    Plaintiffs,

  v.

WELLS FARGO BANK N.A.,

    Defendant.

                         /

No. C 12-04026 WHA

**SECOND FURTHER ORDER ON APPLICATION FOR APPOINTMENT OF CLASS COUNSEL**

On July 25, the Court issued a further order regarding the appointment of class counsel requesting that certain applicants file supplemental submissions by noon on July 31. As it is possible that some of these applicants did not timely receive notice of the order, the deadline is hereby extended to **AUGUST 9 AT NOON**. The Court thanks those who timely submitted a response. Counsel should check the ECF docket to obtain a copy of the prior order, directed at the following applicants:

- S. Chandler Visher
- Barry Himmelstein and Sheri Kelly
- Hagens Berman Sobol Shapiro LLP
- Brown George Ross LLP and the Sturdevant Law Firm

**IT IS SO ORDERED.**

Dated: August 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE