# Exhibit A

1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                            SAN FRANCISCO DIVISION

10  | MERCEDES GUERRERO, individually and for other persons similarly situated, | No. 12-cv-4026 WHA |
    | Plaintiff, | NOTICE OF PENDENCY OF CLASS ACTION |
    | v. | |
    | WELLS FARGO BANK, N.A., | |
    | Defendant. | |

TO:   WELLS FARGO LOAN SERVICING CUSTOMERS WITH FHA LOANS FOR CALIFORNIA PROPERTIES WHO WELLS FARGO HAS IDENTIFIED AS HAVING BEEN CHARGED FOR FORCE-PLACED FLOOD INSURANCE

WELLS FARGO HAS IDENTFIED YOU AS HAVING BEEN CHARGED FOR FORCE-PLACED FLOOD INSURANCE DURING THE PERIOD DESCRIBED BELOW. PLEASE READ THIS NOTICE CAREFULLY – YOUR RIGHTS MAY BE AFFECTED. THE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THIS LAWSUIT SO THAT YOU CAN MAKE A DECISION AS TO WHETHER YOU SHOULD CHOOSE TO PARTICIPATE IN THE CLASS ACTION OR EXCLUDE YOURSELF FROM IT AT THIS TIME.

This notice is not an expression by the Court of any opinion as to the merits of any of the claims or defenses asserted by either side in this case. There is no assurance that a judgment in favor of the class will be granted. This notice is intended merely to advise you of the pendency of this action and of your rights with respect to the lawsuit, including the right to remain a member of the class or to exclude yourself from the class.

Additional copies of this notice may be found at the website of Plaintiffs' Counsel at www.hbsslaw.com.

**1.    Why should I read this notice?**

A class has been certified by the Court in the above-captioned case, described in more detail below, consisting of persons who owned property in California with FHA loans serviced by Wells Fargo who were required to pay for force-placed flood insurance during certain time periods described below. You may be a member of this class. You may be entitled to participate in any benefits that may eventually be obtained for the class as a result of this lawsuit.

This notice provides a summary of what the lawsuit is about, as well as describing who is eligible to be included in the class and the effect of participating in this class action.

**2.    What is loan servicing?**

Loan Servicing consists of managing the ongoing obligations of a mortgage loan. It includes collecting payments from the borrower and forwarding the principal and interest portions

1 of the payment to the owner of the mortgage, which may be a different person or entity from the
2 loan servicer. It also may include collecting mortgage, hazard, and/or flood insurance premiums
3 and forwarding such premiums to the insurer(s); and it may include establishing and maintaining
4 escrow accounts and performing other functions associated with the mortgage loan and set forth in
5 the mortgage agreement. Loan servicing may include ensuring that a mortgaged property is
6 covered by any insurance required in the mortgage agreement.

7 Wells Fargo acts as a loan servicer for loans that it owns and for loans that are owned by
8 others. If you made or make your monthly mortgage payments to Wells Fargo or a Wells Fargo
9 subsidiary, then Wells Fargo is your loan servicer.

10 **3.  What is force-placed flood insurance?**

11 Force-placed flood insurance, also called lender-placed flood insurance, is insurance
12 purchased by your lender or loan servicer that covers the structures on your property against
13 damage from flood. Under the standard form FHA mortgage that you executed to get your
14 mortgage loan, you agreed to purchase and carry flood insurance if your property is located in a
15 federally designated flood area. You are getting this notice because Wells Fargo determined that
16 you did not carry the required insurance, or determined that the insurance you carried was
17 inadequate under its rules, and it purchased flood insurance to cover your property and charged
18 your escrow account for such insurance.

19 **4.  What is this lawsuit about?**

20 This lawsuit was filed in the United States District Court for the Northern District of
21 California. The lawsuit challenges Wells Fargo's force-placed flood insurance practices. Plaintiff
22 alleges Wells Fargo's force-placed insurance practices were designed to generate unfair and illegal
23 profits for Wells Fargo instead of merely protecting its interest in the properties securing the loans
24 it serviced. Specifically, Plaintiff alleges that Wells Fargo: (1) breached its mortgage contracts with
25 borrowers, including the contractually implied covenant of good faith and fair dealing; (2) was
26 unjustly enriched by its force-placed flood insurance practices; (3) converted to itself funds
27 properly belonging to borrowers; and (4) violated the California Unfair Competition Law (B&P
28

NOTICE OF PENDENCY OF CLASS
ACTION - 12-cv-4026 WHA - 2 -
10387-11  638290 V1

1  Code, § 17200, *et seq.*). Wells Fargo Bank, N.A. is the sole defendant in the lawsuit.

2  Plaintiff alleges that Wells Fargo had exclusive contractual arrangements with insurer QBE Insurance Corporation ("QBE") or American Security Insurance Company ("ASIC"), or their affiliates, through which Wells Fargo collected free services and kickbacks disguised as "commissions" for improperly charging Plaintiff and members of the Class for excessively priced and retroactive flood insurance.

More specifically, Plaintiff alleges that Wells Fargo breached the terms of the standard form FHA mortgage agreement that it had with Plaintiff and class members when it purchased expensive force-placed insurance policies from QBE and ASIC, which paid kickbacks in the form of commissions to Wells Fargo and performed other services for Wells Fargo that inflated the insurance premiums that were charged to class members. Plaintiff also alleges that Wells Fargo improperly purchased insurance that covered time periods that had already passed and during which there were no claims. Plaintiff alleges that charging Plaintiff and the Class for the insurance unjustly enriched Wells Fargo and constituted a conversion of Plaintiff's and the Class's funds. Plaintiff further alleges that the acts described above violated the California Unfair Competition Law.

Plaintiff also alleges that Wells Fargo violated the federal Bank Company Holding Act by improperly tying its loan servicing services to the force-placement of insurance on which its Wells Fargo insurance subsidiary earned "commissions" on polices that were underwritten by QBE or ASIC, or their affiliates. [The Court has reserved judgment as to whether it will permit this claim to go forward.]

Wells Fargo denies Plaintiff's allegations and contends that its force-placed insurance program was fully lawful. The Court has not yet made any determination with respect to the merits of Plaintiff's claims. The Court's decision to certify a class in this case is not a determination that Plaintiff's claims have merit.

**5.    Who is a class member?**

By Order dated June 21, 2013, the Court approved the following Class:

NOTICE OF PENDENCY OF CLASS ACTION - 12-cv-4026 WHA
10387-11  638290 V1

- 3 -

1   All persons with a residential mortgage loan secured by an FHA mortgage, who were
2   charged by Wells Fargo Bank, N.A., for force-placed flood insurance on property in California
3   from July 31, 2008, through the present, where such flood insurance was procured with the
4   assistance of QBE Insurance Corporation or American Security Insurance Company, or their
5   affiliates. This class excludes charges collected or extinguished through foreclosure, short-sale
6   agreement, or grant of a deed in lieu of foreclosure or through cancellation or waiver by borrower's
7   agreement with the lender.

8   You have received this notice because Wells Fargo has identified you as having satisfied
9   the requirements for membership in the Class.

**6.     The effect of membership in the class.**

Persons who come within the definition of class membership and do not exclude themselves from the class may be bound by the results of this litigation and may be eligible to participate in any benefit that may be obtained for class members as a result of this litigation.

If you wish to remain a Class member, you are not required to do anything at this time. If you remain a Class Member, you will be bound by any judgment in this Action, whether it is favorable or unfavorable. If there is a recovery, you may be entitled to share in the proceeds, less such costs, expenses, and attorney's fees as the Court may allow out of any such recovery. If the defendants prevail, you may not pursue a lawsuit on your own with regard to any of the issues decided in this Action.

**7.     Who represents the class?**

Plaintiff's Counsel, who represents the class in this lawsuit, is the firm Hagens Berman, Sobol Shapiro LLP, 1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101. Further information about this case may be obtained from this firm at www.hbsslaw.com.

**8.     What are my rights and options?**

You may choose to exclude yourself from this class action at this time. In order to properly exclude yourself, if you have not done so already, your exclusion must be postmarked no later than 60 days from the date you receive this notice.

NOTICE OF PENDENCY OF CLASS
ACTION - 12-cv-4026 WHA                          - 4 -
10387-11  638290 V1

1  ***If you are a member of the Class, but you want* to *exclude yourself from the class***
2  ***action, you must make* a *request in writing*.** In order to be valid, your request for exclusion
3  must (i) set forth the name and address of the person or entity requesting exclusion, (ii) state that
4  such person or entity requests exclusion from the class in this action, and (iii) be signed and dated
5  by such person or entity. Requests for exclusion must be mailed to the address below. Requests for
6  exclusion must be postmarked no later than 60 days from the date you receive this notice.

7  Do not request exclusion if you wish to participate in this lawsuit as a class member. If you
8  exclude yourself from the class, you will not be affected by any decisions in this action, and you
9  will not be entitled to share in any recovery in this action. If you intend to bring your own lawsuit,
10 you should exclude yourself from the class.

11 Exclusion requests should be sent to:
12 Gilardi & Co.
13 [address to be inserted]

14

15 If you do not request exclusion from the class, you will be considered a member of the class
16 until there is further action of the Court. If you do not request exclusion from the class, eventually
17 you may be bound by the results of this litigation and you will not be able to pursue your own
18 individual legal action based upon the claims asserted in this class action. As a class member, you
19 will be represented by Plaintiff's Counsel and you will not be charged a fee for the services of class
20 counsel; rather, counsel will be paid some portion of whatever money they might ultimately
21 recover for you and other class members, if at all and as allowed by the Court. If you want to be
22 represented by your own lawyer, you may hire one at your own expense.

23 This Notice does not fully describe all of the claims and contentions of the parties. The
24 pleadings and other papers filed in this action are available for inspection, during business hours, at
25 the United States District Court, 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102.

26 Please do not contact the Court for information regarding this lawsuit. For additional
27 information, you may contact Class Counsel identified above. Additional information about the
28

NOTICE OF PENDENCY OF CLASS
ACTION - 12-cv-4026 WHA                                                         - 5 -
10387-11  638290 V1

1   lawsuit may also be obtained from the website of Plaintiffs' Counsel at www.hbsslaw.com.

2   Date: September ___, 2013

                                        BY ORDER OF THE
                                        UNITED STATES DISTRICT COURT
                                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF PENDENCY OF CLASS
ACTION - 12-cv-4026 WHA                 - 6 -

10387-11  638290 V1