IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES GUERRERO, individually and for other persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 12-04026 WHA<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE** |

Plaintiff has filed an unopposed motion to approve the proposed form and manner of class notice regarding the pendency of this action (Dkt. No. 179). Before approval may be given, plaintiff's counsel is requested to make the following revisions to the class notice:

- On page 1, please correct the misspelling with the word "IDENTIFIED."
- On page 1, at line 14, please include this paragraph: "If you remain in the class by failing to exclude yourself under the procedure of paragraph 8 of this notice, then control of your claim against Wells Fargo will be transferred from you to plaintiff's counsel on behalf of the class. If plaintiff's counsel loses the case, or receives a disappointing outcome, then you will nonetheless be bound by that outcome."
- On page 1, please include a definition of "FHA" so that recipients of the class notice will understand what "FHA loans" and "FHA mortgages" mean.
- On page 5, please include the address to be inserted for Gilardi & Co.

- Please change any mention of "60 days from the date you receive this notice" to "90 days from the date you receive this notice" for the deadline by which a class member's request for exclusion must be postmarked after he or she receives the class notice.

Plaintiff's counsel is further requested to revise the notice plan, so that "direct mail" in paragraph 1 becomes "first-class mail." After making the above revisions, plaintiff will submit revised versions of the class notice and the notice plan by **NOON ON OCTOBER 9.**

**IT IS SO ORDERED.**

Dated: September 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE