IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES GUERRERO, individually and for other persons similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>                                        / | No. C 12-04026 WHA<br><br>**SECOND ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE** |

Pursuant to the order dated September 25 (Dkt. No. 183), plaintiff made the requested revisions to the proposed form and manner of class notice regarding the pendency of this action (Dkt. No. 179). There remains, however, a revision to be made before approval can be given. Plaintiff's counsel are requested to please make the following correction to the class notice:

- On page 1, at line 15, please change "paragraph 8 " to "paragraph 9," in light of the addition of paragraph 2 for background on FHA mortgage insurance.

After making the above revision, plaintiff will file the revised class notice, as well as the notice plan, by **NOON ON OCTOBER 15.**

**IT IS SO ORDERED.**

Dated: October 11, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE