United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES GUERRERO, individually
and for other persons similarly situated,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-04026 WHA

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE THE FORM AND MANNER OF CLASS NOTICE**

Upon consideration of plaintiff's unopposed motion to approve the form and manner of class notice (Dkt. Nos. 179, 193), the motion is hereby **GRANTED.** Plaintiff is to provide notice to the class consistent with the notice plan and in substantially the same form as submitted in the second revised notice of pendency of class action (Dkt. No. 193).

**IT IS SO ORDERED.**

Dated: October 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE