Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9337
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES GUERRERO, individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 3:12-cv-04026-WHA<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER FOR CHANGING TIME UNDER LOCAL RULE 6-2 DUE TO SETTLEMENT |

010387-11 679751 V1

Pursuant to Local Rule 6-2, Plaintiff Mercedes Guerrero and Defendant Wells Fargo hereby stipulate and request the Court order: (1) the current Pretrial Conference date changed from April 9, 2014 to May 19, 2014; and (2) the current Trial date changed from April 21, 2014, to June 4, 2014.

As required by Local Rule 6-2(a)(1), the declarations of Class Counsel Thomas E. Loeser and Wells Fargo counsel Michael J. Steiner set forth with particularity the reasons for the requested change to the case schedule.

As required by Local Rule 6-2(a)(2), the declarations of Mr. Loeser and Mr. Steiner provide that there have been no previous changes to the Trial date, though the Court did last week change the Pretrial Conference date from April 7, 2104, to April 9, 2014.

As required by Local Rule 6-2(a)(3), the declarations of Mr. Loeser and Mr. Steiner describe the effect the requested time modification would have on the schedule for the case.

For the reasons fully set forth in the declarations of Mr. Loeser and Mr. Steiner, Defendant and Plaintiff, **HEREBY STIPULATE AND REQUEST THAT**:

The Pretrial Conference date be reset to ~~May 19, 2014~~ May 21, 2014; and

The Trial date be reset to June 4, 2014.

DATED: March 20, 2014          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  */s/ Thomas E. Loeser*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

*Counsel for Plaintiff and the Class*

L.R. 6-2 STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER
FOR CHANGING TIME - 1
Case No. 3:12-cv-04026-WHA
010387-11  679751 V1

DATED: March 20, 2014                Respectfully submitted,

**SEVERSON & WERSON**

By:   */s/ Michael J. Steiner*
Michael J. Steiner (Cal. Bar No. 143622)
Jonah S. Van Zandt (Cal. Bar No. 224348)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
mjs@severson.com
jvz@severson.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*


### GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

DATED: March 20, 2014          **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ Thomas E. Loeser*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   March 21, 2014.            _____
                                    HON. WILLIAM A. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE