IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES GUERRERO, individually
and for other persons similarly situated,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-04026 WHA

**SECOND ORDER RE PREPARATION FOR APRIL 7 HEARING**

For the April 7 hearing, the Court would like to see the Rule 26(a)(2)(B) damages report from plaintiff Mercedes Guerrero's expert, Birny Birnbaum, setting forth the actual testimony that would be used at trial. The Court realizes that a declaration has already been provided to justify the proposed class settlement, but wants to compare that declaration to the Rule 26(a)(2)(B) damages report. Please bring copies of this Rule 26(a)(2)(B) damages report to the April 7 hearing.

**IT IS SO ORDERED.**

Dated: April 3, 2014.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE