Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9337
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES GUERRERO, individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 3:12-cv-04026-WHA<br><br>STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER ~~FOR~~ GRANTING IN PART CHANGING TIME UNDER LOCAL RULE 6-2 DUE TO PRELIMINARY APPROVAL OF SETTLEMENT |

010387-11  688712 V1

Pursuant to Local Rule 6-2, Plaintiff Mercedes Guerrero and Defendant Wells Fargo hereby stipulate and request the Court order: (1) the current Pretrial Conference date changed from May 21, 2014 to September 24, 2014; and (2) the current Trial date changed from June 4, 2014, to October 8, 2014.

As required by Local Rule 6-2(a)(1), the declarations of Class Counsel Thomas E. Loeser and Wells Fargo counsel Michael J. Steiner set forth with particularity the reasons for the requested change to the case schedule.

As required by Local Rule 6-2(a)(2), the declarations of Mr. Loeser and Mr. Steiner provide that there has been one previous change to the Trial date and Pretrial Conference date.

As required by Local Rule 6-2(a)(3), the declarations of Mr. Loeser and Mr. Steiner describe the effect the requested time modification would have on the schedule for the case.

For the reasons fully set forth in the declarations of Mr. Loeser and Mr. Steiner, Defendant and Plaintiff, **HEREBY STIPULATE AND REQUEST THAT**:

The Pretrial Conference date be reset to September 24, 2014; and

The Trial date be reset to ~~October 8~~ September 29, 2014.

DATED: May 9, 2014          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ Thomas E. Loeser*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

*Counsel for Plaintiff and the Class*

L.R. 6-2 STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER
FOR CHANGING TIME - 1
Case No. 3:12-cv-04026-WHA
010387-11  688712 V1

DATED: May 9, 2014           Respectfully submitted,

**SEVERSON & WERSON**

By:   */s/ Michael J. Steiner*
Michael J. Steiner (Cal. Bar No. 143622)
Jonah S. Van Zandt (Cal. Bar No. 224348)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
mjs@severson.com
jvz@severson.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

DATED: May 9, 2014           **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ Thomas E. Loeser*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (Cal. Bar No. 202724)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  May 9, 2014.           _____
                              HON. WILLIAM ALSUP
                              UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Thomas E. Loeser*
THOMAS E. LOESER