IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES GUERRERO, individually
and for other persons similarly situated,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-04026 WHA

**ORDER REQUESTING DETAILED REPORT ON LITIGATION EXPENSES**

    For their motion concerning attorney's fees, class counsel declare that they "can provide a detailed report itemizing each expense item charged to the case" (Loeser Decl. ¶ 46). These expenses refer to various litigation expenses — for experts, travel, copies, postage, filings, and more — reportedly totaling an amount of $17,449.52.

    Class counsel are thus requested to please file this report by **5 P.M. ON AUGUST 25, 2014**. Please verify that the litigation expenses add up to $17,449.52.

    **IT IS SO ORDERED.**

Dated: August 21, 2014.

                       WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE